UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:22-cv-00051- MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**ORDER GRANTING *EX PARTE* APPLICATION OF PLAINTIFF ACTIVISION PUBLISHING, INC. FOR LIMITED EARLY DISCOVERY TO IDENTIFY DOE DEFENDANTS**<br><br>Complaint Filed: January 4, 2022 |

13890578.1

**ORDER**

On January 13, 2022, Plaintiff Activision Publishing, Inc. ("Plaintiff" or "Activision") filed an *Ex Parte* Application for Leave to Take Limited Immediate Discovery (the "Application"). Having considered the papers, arguments, and all other matters presented to the Court, and for good cause appearing, it is hereby **ORDERED**:

1. Plaintiff's Application is hereby **GRANTED** in its entirety;
2. Plaintiff is hereby granted leave to serve the subpoenas that are attached as Exhibit 1 to the Declaration of Marc E. Mayer.

**IT IS SO ORDERED.**

Dated: January 14, 2022

MICHAEL W. FITZGERALD
United States District Judge

2