UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO. 2:22-cv-00051-MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO SERVE SUBPOENA ON COINBASE, INC.**<br><br>Complaint Filed: January 4, 2022 |

14000546.1

# ORDER

On March 16, 2022, Plaintiff Activision Publishing, Inc. filed an *Ex Parte* Application for Leave to Serve Subpoena on Coinbase, Inc. (the "Application"). (Docket No. 13). Having considered the papers, arguments, and all other matters presented to the Court, and for good cause appearing, it is hereby **ORDERED**:

1. Plaintiff's Application is hereby **GRANTED** in its entirety;
2. Plaintiff is hereby granted leave to serve the subpoena on Coinbase, Inc., attached to the Application as Exhibit 1.

**IT IS SO ORDERED.**

DATED: March 16, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

2