UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-51 MWF (JCx)**                                                              Date:  April 22, 2022

Title   **Activision Publishing, Inc. v. EngineOwning UG, et al.**

---

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 4, 2022.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on April 4, 2022.  Given Plaintiff's early discovery in this matter, the Court withheld filing an Order to Show Cause.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 9, 2022**.

- BY PLAINTIFF:  PROOFS OF SERVICE of Summons and Complaint on Defendants.

    AND/OR

- BY DEFENDANTS:  RESPONSES TO THE FAC.

    OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

- Plaintiff may also file a Status Report detailing its efforts to serve Defendants and requesting an extension of time.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-51 MWF (JCx)**                                      Date:  April 22, 2022

Title          **Activision Publishing, Inc. v. EngineOwning UG, et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **May 9, 2022** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm