MARC E. MAYER (SBN 190969)
mem@msk.com
MARK C. HUMPHREY (SBN 291718)
mxh@msk.com
GENEVIEVE L. JAVIDZAD (SBN 336138)
glj@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00051-MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**RESPONSE OF PLAINTIFF ACTIVISION PUBLISHING, INC. TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**<br><br>Complaint Filed: January 4, 2022 |

Mitchell
Silberberg &
Knupp LLP

14170252.1

On April 25, 2022, the Court issued an Order to Show Cause ("OSC"), requiring Plaintiff Activision Publishing, Inc. ("Activision") to show cause on or before May 9, 2022, as to why this case (the "Action") should not be dismissed for failure to prosecute. For the reasons set forth below, Activision requests that the Court discharge the OSC and permit Activision a period of ninety (90) days – *i.e.*, until August 8, 2022 – in order to complete service on the Defendants in this case.

## I.     BACKGROUND AND PROCEDURAL HISTORY

On January 4, 2022, Activision filed its Complaint in the above-captioned Action. ECF No. 1. By this Action, Activision seeks damages for violation of the anti-circumvention provisions of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201, and for intentional interference with contract, arising from Defendants' development, marketing, distribution, and sale of malicious software products that enable players to cheat in various of Activision's highly popular *Call of Duty* video games.

## II.    STATUS OF SERVICE ON DEFENDANTS

On January 6, 2022, the Clerk of the Court issued summonses to serve process on the six named Defendants in the Action: (i) EngineOwning ("EO"); (ii) Ignacio Gayduchenko ("Gayduchenko")[1]; (iii) Leon Frisch ("Frisch"); (iv) Leonard Bugla ("Bugla"); (v) Marc-Alexander Richts ("Richts"); and (vi) Valentin Rick ("Rick"). ECF No. 8.

On February 4, 2022, pursuant to the Hague Convention, Activision contracted an international service agent to translate and serve its six summonses and Complaint (including the amended summons directed to Mr. Gayduchenko). On February 16, 2022, the translated documents for the five named German

---

[1] Since the original summons was issued, Activision discovered a different address for Mr. Gayduchenko and filed a Request to Issue Amended Summons (ECF No. 11) which was granted on February 25, 2022 (ECF No. 12).

Defendants (EO, Frisch, Bugla, Richts, and Rick) were sent to German authorities and received by them via DHL Express on February 22, 2022. Activision is informed and believes that service in Germany may take up to four months for completion.

On February 25, 2022, after receiving the amended (and only) summons for Spain (ECF No. 12), Activision provided the international service agent the amended summons to translate and process. On March 2, 2022, the service agent dispatched the translated summons and complaint to the Ministry in Spain via DHL Express, and it was delivered on March 4, 2022. Activision is informed and believes that service in Spain may take anywhere from six months to one year for completion.

In order for Activision to complete service (or obtain an order permitting alternative service) under the Hague Convention, Activision requests that this OSC be discharged or continued by ninety (90) days (*i.e.* until August 8, 2022). Activision anticipates that this additional time will be sufficient for service to be completed.

## III. STATUS OF POTENTIAL DOE DEFENDANTS

In addition to its efforts to serve the named Defendants, Activision also has been working to obtain information relating to the unnamed Doe Defendants so that the Complaint may be amended to add them once their identities are ascertained. To that end, on January 13, 2022, Activision filed an *Ex Parte* Application for Limited Early Discovery, seeking leave to serve fifteen subpoenas.[2] ECF No. 9. Nearly all of the subpoenaed parties have responded and produced relevant information, and Activision is in the process of compiling and analyzing

---

[2] Since the original *Ex Parte* Application for Expedited Discovery was granted on January 14, 2022 (ECF No. 10), Activision filed a second *Ex Parte* Application seeking leave to serve a subpoena on a different entity related to one of the original subpoenaed parties (Coinbase), which was granted on March 16, 2022. ECF Nos. 13, 14.

the data they have produced, as well as meeting and conferring with certain subpoenaed parties to confirm that their productions are complete. As of the date of this filing, Activision has not obtained sufficient information to be able to amend the Complaint and name the Doe Defendants in the Action.

## IV.   CONCLUSION

As set forth above, Activision respectfully requests that the OSC be discharged or continued by ninety (90) days (*i.e.* until August 8, 2022) in order to allow for completion of service under the Hague Convention.

DATED:  May 2, 2022            MARC E. MAYER
                               MARK C. HUMPHREY
                               GENEVIEVE L. JAVIDZAD
                               MITCHELL SILBERBERG & KNUPP LLP

                               By:  */s/*
                                    Mark C. Humphrey (SBN 291718)
                                    Attorneys for Plaintiff

Mitchell Silberberg & Knupp LLP

14170252.1

4