1  MARC E. MAYER (SBN 190969)
      mem@msk.com
2  MARK C. HUMPHREY (SBN 291718)
      mxh@msk.com
3  GENEVIEVE L. JAVIDZAD (SBN 336138)
      glj@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD, a Belize Corporation, VALENTIN RICK, LEONARD BUGLA, LEON FRISCH, IGNACIO GAYDUCHENKO, MARC-ALEXANDER RICHTS, ALEXANDER KLEEMAN, LEON SCHLENDER, ERICK PFEIFER, BENNET HUCH, ZAIN JONDAH, RICKY SZAMEITAT, MARCEL BINDEMANN, ALEXANDER KLEEMANN, REMO LÖFFLER, MARVIN BAOTIC NEUMEYER, HENDRIK SMAAL, CHARLIE WIEST, DENNIS REISSLEICH, TYLER BYRD, SIMON MASIAS, NICHOLAS JAMES BALDWIN, ANTONIO MEDIAN, REMY CARTIGNY, PASCAL CLASSEN, MANUEL T. SANTIAGO, AND KATERINA DISDLE, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00051-MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON PLEADING MOTIONS REGARDING PLAINTIFF'S AMENDED COMPLAINT**<br><br>([Proposed] Order Filed Concurrently Herewith)<br><br>Complaint Filed: 1/4/2022<br>Amended Complaint Filed: 9/16/2022 |

TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Stipulation is entered into between and among Plaintiff Activision Publishing, Inc. ("Activision") through its counsel of record, and Defendants Valentin Rick, Leon Schlender, Leonard Bulga, Alexander Kleeman, Alexander Richts, Ignacio Gayduchencko, Leon Frisch, Bennet Huch, Pascal Classen, Remo Loffler, and EngineOwning UG (collectively, "Defendants"), through their counsel of record and is based on the following facts:

1. On January 4, 2022, Activision filed its initial complaint in this action against six individuals and two corporate entities, asserting claims for trafficking in circumvention technology under Section 1201 of the Copyright Act, and intentional interference with contractual relations.

2. On September 16, 2022, Plaintiff filed its Amended Complaint. The Amended Complaint added twenty individuals and one additional corporate entity, and added claims for violation of the Computer Fraud and Abuse Act and violation of federal RICO laws.

3. The Defendants, who are located outside the United States, collectively are represented by the same counsel. Defendants have agreed to accept service of the Amended Complaint through their counsel, Elliot Gipson, subject to agreement to a mutually-acceptable response date and briefing schedule.

4. Counsel for Defendants have advised Activision that they intend to file motions in response to the Amended Complaint, including, potentially, motions to dismiss based upon *forum non conveniens*, comity, preemption, and under Fed. R. Civ. P. 12(b)(1) (lack of personal jurisdiction), 12(b)(2) (lack of subject matter jurisdiction), 12(b)(6) (failure to state a claim), and/or 12(e) (motion for a more definitive statement).

5. Activision and Defendants have met and conferred concerning the timing of Defendants' response. Defendants have advised Activision that in the

interests of efficiency and economy, they are prepared to file a single memorandum on behalf of all Defendants, provided that they are accorded some relief from the Court's space and word limitations.

6. After meeting and conferring, Activision and Defendants have agreed to the following response date, briefing schedule, and page limits, subject to the Court's approval:

(a) Defendants' response to the Amended Complaint shall be filed on or before January 13, 2023. If Defendants move to dismiss, Defendants may have up to 14,000 words for a collective or consolidated memorandum in support for their motion(s) to dismiss on behalf of all Defendants.

(b) Activision's memorandum in opposition to any motion(s) to dismiss shall be filed on or before February 17, 2023. Activision may have up to 14,000 words for their opposition memorandum.

(c) Defendants' reply memorandum in support of their motion(s) to dismiss shall be filed on or before March 10, 2023. Defendants may have up to 14,000 words for their reply memorandum. Activision reserves the right to seek leave of court to file a sur-reply.

(d) The hearing on Defendants' motion(s) to dismiss shall be set for March 27, 2023, or on such other date as set by the Court.

7. This is the first request by the parties for a response date and briefing schedule. The parties agree that they will not be prejudiced by the foregoing briefing schedule.

THEREFORE, SUBJECT TO COURT APPROVAL, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendants' response to the Amended Complaint shall be filed on or before January 13, 2023. If Defendants move to dismiss, Defendants may have up

to 14,000 words for a collective or consolidated memorandum in support for their motion(s) to dismiss on behalf of all Defendants.

2. Activision's memorandum in opposition to any motion(s) to dismiss shall be filed on or before February 17, 2023. Activision may have up to 14,000 words for their opposition memorandum.

3. Defendants' reply memorandum in support of their motion(s) to dismiss shall be filed on or before March 10, 2023. Defendants may have up to 14,000 words for their reply memorandum. Activision reserves the right to seek leave of court to file a sur-reply.

4. The hearing on Defendants' motion(s) to dismiss shall be set for March 27, 2023, or on such other date as set by the Court.

5. The foregoing stipulation shall apply only to the undersigned Defendants and not to any other defendants in this action.

DATED: NOVEMBER 22, 2022　　MARC E. MAYER
　　　　　　　　　　　　　　MARK C. HUMPHREY
　　　　　　　　　　　　　　GENEVIEVE L. JAVIDZAD
　　　　　　　　　　　　　　MITCHELL SILBERBERG & KNUPP LLP

　　　　　　　　　　　　　　By: /s/ Marc E. Mayer
　　　　　　　　　　　　　　　　Marc E. Mayer (SBN 190969)
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED: NOVEMBER 22, 2022　　ELLIOT B. GIPSON
　　　　　　　　　　　　　　ELLIOT B. GIPSON PC

　　　　　　　　　　　　　　By: /s/ Elliot B. Gipson
　　　　　　　　　　　　　　　　Elliot B. Gipson (SBN 234020)
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　Valentin Rick, Leon Schlender, Leonard
　　　　　　　　　　　　　　　　Bulga, Alexander Kleeman, Alexander
　　　　　　　　　　　　　　　　Richts, Ignacio Gayduchencko, Leon
　　　　　　　　　　　　　　　　Frisch, Bennet Huch, Pascal Classen,
　　　　　　　　　　　　　　　　Remo Loffler, and EngineOwning UG

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 22, 2022                /s/ Marc E. Mayer
                                        Marc E. Mayer