UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD, a Belize Corporation, VALENTIN RICK, LEONARD BUGLA, LEON FRISCH, IGNACIO GAYDUCHENKO, MARC-ALEXANDER RICHTS, ALEXANDER KLEEMAN, LEON SCHLENDER, ERICK PFEIFER, BENNET HUCH, ZAIN JONDAH, RICKY SZAMEITAT, MARCEL BINDEMANN, ALEXANDER KLEEMANN, REMO LÖFFLER, MARVIN BAOTIC NEUMEYER, HENDRIK SMAAL, CHARLIE WIEST, DENNIS REISSLEICH, TYLER BYRD, SIMON MASIAS, NICHOLAS JAMES BALDWIN, ANTONIO MEDIAN, REMY CARTIGNY, PASCAL CLASSEN, MANUEL T. SANTIAGO, AND KATERINA DISDLE, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00051-MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**(PROPOSED) ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTIONS REGARDING PLAINTIFF'S AMENDED COMPLAINT**<br><br>Complaint Filed: 1/4/2022<br>Amended Complaint Filed: 9/16/2022 |

Mitchell Silberberg & Knupp LLP

14973258.1

The Court, having considered the Joint Stipulation between Activision Publishing, Inc. ("Activision") and Defendants Valentin Rick, Leon Schlender, Leonard Bulga, Alexander Kleeman, Alexander Richts, Ignacio Gayduchencko, Leon Frisch, Bennet Huch, Pascal Classen, Remo Loffler, and EngineOwning UG ("Defendants") to Extend Time to Respond to Amended Complaint and Setting Briefing Schedule on Pleading Motions Regarding Plaintiff's Amended Complaint, and the Court having approved the Stipulation for good cause shown,

**IT IS HEREBY ORDERED:**

1. Defendants' response to the Amended Complaint shall be filed on or before January 13, 2023. If Defendants move to dismiss, Defendants may have up to 14,000 words for a collective or consolidated memorandum in support for their motion(s) to dismiss on behalf of all Defendants.

2. Activision's memorandum in opposition to any motion(s) to dismiss shall be filed on or before February 17, 2023. Activision may have up to 14,000 words for their opposition memorandum.

3. Defendants' reply memorandum in support of their motion(s) to dismiss shall be filed on or before March 10, 2023. Defendants may have up to 14,000 words for their reply memorandum. Activision reserves the right to seek leave of court to file a sur-reply.

4. The hearing on Defendants' motion(s) to dismiss shall be set for March 27, 2023.

5. This Order applies only to Defendants Valentin Rick, Leon Schlender, Leonard Bulga, Alexander Kleeman, Alexander Richts, Ignacio Gayduchencko, Leon Frisch, Bennet Huch, Pascal Classen, Remo Loffler, and EngineOwning UG and not to any other defendants in this action.

DATED:

Honorable Michael W. Fitzgerald
United States District Judge