1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   ACTIVISION PUBLISHING, INC., a          CASE NO. 2:22-cv-00051-MWF (JCx)
     Delaware corporation,
12                                           [Assigned to Judge Michael W. Fitzgerald]
                 Plaintiff,
13
            v.                               **ORDER GRANTING JOINT
14                                           STIPULATION TO EXTEND
     ENGINEOWNING UG, a German               TIME TO RESPOND TO
15   corporation, CMM HOLDINGS S.A., a       AMENDED COMPLAINT AND
     German corporation, GARNATZ             SETTING BRIEFING SCHEDULE
16   ENTERPRISE LTD, a Belize                ON MOTIONS REGARDING
     Corporation, VALENTIN RICK,             PLAINTIFF'S AMENDED
17   LEONARD BUGLA, LEON FRISCH,             COMPLAINT**
     IGNACIO GAYDUCHENKO, MARC-
18   ALEXANDER RICHTS,
     ALEXANDER KLEEMAN, LEON
19   SCHLENDER, ERICK PFEIFER,
     BENNET HUCH, ZAIN JONDAH,               Complaint Filed: 1/4/2022
20   RICKY SZAMEITAT, MARCEL                 Amended Complaint Filed: 9/16/2022
     BINDEMANN, ALEXANDER
21   KLEEMANN, REMO LÖFFLER,
     MARVIN BAOTIC NEUMEYER,
22   HENDRIK SMAAL, CHARLIE
     WIEST, DENNIS REISSLEICH,
23   TYLER BYRD, SIMON MASIAS,
     NICHOLAS JAMES BALDWIN,
24   ANTONIO MEDIAN, REMY
     CARTIGNY, PASCAL CLASSEN,
25   MANUEL T. SANTIAGO, AND
     KATERINA DISDLE, and DOES 1-50,
26   inclusive,

27               Defendants.

28

The Court, having considered the Joint Stipulation between Activision Publishing, Inc. ("Activision") and Defendants Valentin Rick, Leon Schlender, Leonard Bulga, Alexander Kleeman, Alexander Richts, Ignacio Gayduchencko, Leon Frisch, Bennet Huch, Pascal Classen, Remo Loffler, and EngineOwning UG ("Defendants") to Extend Time to Respond to Amended Complaint and Setting Briefing Schedule on Pleading Motions Regarding Plaintiff's Amended Complaint, and the Court having approved the Stipulation for good cause shown,

**IT IS HEREBY ORDERED:**

1.     Defendants' response to the Amended Complaint shall be filed on or before January 13, 2023.  If Defendants move to dismiss, Defendants may have up to 14,000 words for a collective or consolidated memorandum in support for their motion(s) to dismiss on behalf of all Defendants.

2.     Activision's memorandum in opposition to any motion(s) to dismiss shall be filed on or before February 17, 2023.  Activision may have up to 14,000 words for their opposition memorandum.

3.     Defendants' reply memorandum in support of their motion(s) to dismiss shall be filed on or before March 10, 2023.  Defendants may have up to 14,000 words for their reply memorandum.  Activision reserves the right to seek leave of court to file a sur-reply.

4.     The hearing on Defendants' motion(s) to dismiss shall be set for March 27, 2023.

5.     This Order applies only to Defendants Valentin Rick, Leon Schlender, Leonard Bulga, Alexander Kleeman, Alexander Richts, Ignacio Gayduchencko, Leon Frisch, Bennet Huch, Pascal Classen, Remo Loffler, and EngineOwning UG and not to any other defendants in this action.

Dated:  November 23, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

14973258.1

2