MARC E. MAYER (SBN 190969) mem@msk.com
MARK C. HUMPHREY (SBN 291718) mxh@msk.com
GENEVIEVE L. JAVIDZAD (SBN 336138) glj@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD, a Belize Corporation VALENTIN RICK, LEONARD BUGLA, LEON FRISCH, IGNACIO GAYDUCHENKO, MARC-ALEXANDER RICHTS, ALEXANDER KLEEMAN, LEON SCHLENDER, ERICK PFEIFER, BENNET HUCH, ZAIN JONDAH, RICKY SZAMEITAT, MARCEL BINDEMANN, ALEXANDER KLEEMANN, REMO LOFFLER, MARVIN BAOTIC NEUMEYER, HENDRIK SMAAL, CHARLIE WIEST, DENNIS REISSLEICH, TYLER BYRD, SIMON MASIA'S, NICHOLAS JAMES BALDWIN, ANTONIO MEDIAN, REMY CARTIGNY, PASCAL CLASSEN, MANUEL T. SANTIAGO, AND KATERINA DISDLE and DOES 1-50, inclusive,<br><br>  Defendant. | CASE NO. 2:22-cv-00051-MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS AGAINST DEFENDANT KATERINA DISDLE PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>Complaint Filed: 1/4/2022<br>Amended Complaint Filed: 9/16/2022 |

Mitchell Silberberg & Knupp LLP

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS AGAINST DEFENDANT KATERINA DISDLE PURSUANT TO FRCP 41(a)(1)(A)(i)**

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the
4  Federal Rules of Civil Procedure, Plaintiff Activision Publishing, Inc., hereby
5  voluntarily dismisses this action, **without prejudice** (pursuant to Rule 41(a)(1)(B))
6  as against Defendant Katerina Disdle.

DATED: FEBRUARY 10, 2023    MARC E. MAYER
MARK C. HUMPHREY
GENEVIEVE L. JAVIDZAD
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Genevieve L. Javidzad*
    Genevieve L. Javidzad
    Attorneys for Plaintiff