MARC E. MAYER (SBN 190969) mem@msk.com
MARK C. HUMPHREY (SBN 291718) mxh@msk.com
GENEVIEVE L. JAVIDZAD (SBN 336138) glj@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENGINEOWNING UG, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-00051-MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>[Proposed Order filed concurrently herewith]<br><br>Complaint Filed: 1/4/2022<br>Amended Complaint Filed: 9/16/2022 |

## I. Introduction

Pursuant to Local Rule 79-5 and the Amended Protective Order entered in this action on March 23, 2022 (ECF No. 18), Plaintiff Activision Publishing, Inc. ("Plaintiff") submits this Application for Leave to File Documents Under Seal (the "Application") in connection with the following documents:

(1) The Declaration of Marc E. Mayer in Support of Plaintiff's Opposition, Exhibits 25, 28, 36, 56, and 57.

(2) Portions of Paragraph 16 of the Declaration of Phil Terzian in Support of Plaintiff's Opposition.

This Application is made pursuant to Local Rule 79-5.2.2(a), and Plaintiff is the Designating Party as the recipient of certain documents via third-party document productions. This Application is accompanied by a Declaration of Marc E. Mayer.

## II. Description of Documents To Be Filed Under Seal.

Plaintiff seeks to file with its Opposition papers (1) a few documents produced by third parties designated "Confidential" (or containing confidential information) in response to subpoena requests (attached as Exhibits 25, 28, 36, 56, and 57 to the Declaration of Marc Mayer), and (2) two sentences in the Declaration of Phil Terzian pertaining to confidential information concerning Plaintiff's anti-cheat enforcement activities.

### A.   **Exhibits 25, 28, 36, 56 and 57**

Plaintiff requests that the following documents attached to the Mayer Declaration be filed under seal:

- **Exhibit 25.** This document was received from third party PayPal and contains information that Defendant Valentin Rick may consider personal and confidential, such as bank account information, PayPal account balances, and IP

address information. Thus, this document is being filed under seal in an abundance of caution to protect Mr. Rick's privacy.

- **Exhibit 28.** This document is comprised of excerpts from documents produced by third party TrustPilot. This document was produced pursuant to an agreement that it be maintained as "Confidential," since it contains personal data concerning a user's TrustPilot account.

- **Exhibits 36, 56, and 57**. These documents were produced by Valve Corporation and contain information concerning certain users' accounts and personal data on the Steam game distribution platform. These documents were produced by Valve under agreement that they be maintained as "Confidential."

B. **Declaration of Phil Terzian**

Paragraph 16 of the Declaration of Phil Terzian includes confidential information relating to Plaintiff's enforcement activities and the number of account bans resulting from the use of EngineOwning software. Plaintiff considers this information to be confidential and proprietary, as it bears on internal enforcement activities and could reveal the manner and nature of those enforcement activities. Plaintiff does not disclose to the public the number of account bans related to particular cheating software.

Plaintiff is electronically filing a redacted version of the Terzian Declaration, but requests that the redacted portions be placed under seal.

Plaintiff does not anticipate any objections or opposition to this Motion.

Therefore, Plaintiff submits this Application pursuant to Local Rule 79-5.2.2(a) to respectfully request that this Court permit the filing of the above-referenced documents under seal.

DATED: February 17, 2023          MITCHELL SILBERBERG & KNUPP LLP

MARC E. MAYER
MARK C. HUMPHREY
GENEVIEVE L. JAVIDZAD
MITCHELL SILBERBERG & KNUPP LLP


By: /s/ Marc E. Mayer
    Marc E. Mayer
    Attorneys for Plaintiff

PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL