1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENGINEOWNING UG, et al.,<br><br>Defendant. | CASE NO. 2:22-cv-00051-MWF (JCx)<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Complaint Filed: 1/4/2022<br>Amended Complaint Filed: 9/16/2022 |
|---|---|

Mitchell
Silberberg &
Knupp LLP

**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL**

The Court, having considered Plaintiff's Application for Leave to File Under Seal, and having approved the Application for good cause shown,

**IT IS HEREBY ORDERED:**

1. Exhibits 25, 28, 36, 56 and 57 to the Marc E. Mayer Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed under seal.
2. The unredacted Declaration of Phil Terzian in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed under seal.

DATED: _____

Honorable Michael W. Fitzgerald
United States District Judge

Mitchell Silberberg & Knupp LLP