MARC E. MAYER (SBN 190969) mem@msk.com
MARK C. HUMPHREY (SBN 291718) mxh@msk.com
GENEVIEVE L. JAVIDZAD (SBN 336138) glj@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:22-cv-00051-MWF (JCx) |
|---|---|
| Plaintiff, | [Assigned to Judge Michael W. Fitzgerald] |
| v. | **PROOF OF SERVICE RE: DOCUMENTS FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 27, 2023 (DKT. 94)** |
| ENGINEOWNING UG, et al., | |
| Defendants. | |
| | Complaint Filed: 1/4/2022<br>Amended Complaint Filed: 9/16/2022 |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120, and my business email address is szm@msk.com.

On **March 1, 2023**, I served a copy of the foregoing document(s) described as:

**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 27, 2023 (DKT. 94):**

1. Declaration of Phil Terzian in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss
2. Exhibit 25 to Marc E. Mayer Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss
3. Exhibit 28 to Marc E. Mayer Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss
4. Exhibit 36 to Marc E. Mayer Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss
5. Exhibit 56 to Marc E. Mayer Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss
6. Exhibit 57 to Marc E. Mayer Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss

on the interested parties in this action at their last known address as set forth below by taking the action described below:

*SEE ATTACHED SERVICE LIST*

☑ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **March 1, 2023**, at Los Angeles, California.

_____
Suguey G. Melara

**Service List**

| | |
|---|---|
| Elliot B. Gipson<br>Brianna Logan<br>ELLIOT GIPSON PC<br>15260 Ventura Blvd., Ste. 835<br>Los Angeles, California 91403<br>Telephone: (310) 817-1268<br>Emails: egipson@elliotgipson.com<br>           blogan@elliotgipson.com | Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Claβen, and Remo Löffler |
| Benjamin Nichols Simler<br>c/o Ignacio Gayduchenko<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 864-8872<br>Fax: (215) 864-8999<br>Email: simlerb@ballardspahr.com | In pro se |