ELLIOT GIPSON PC
ELLIOT B. GIPSON (State Bar No. 234020)
egipson@elliotgipson.com
BRIANNA LOGAN (State Bar No. 347947)
blogan@elliotgipson.com
15260 Ventura Blvd., Suite 835
Los Angeles, California 91403
Telephone: (310) 817-1268

Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an | CASE NO. 2:22-CV-00051-MWF<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>Complaint Filed: January 4, 2022<br>FAC Filed: September 16, 2022<br><br>Hearing Date: March 27, 2023<br>Hearing Time: 10:00 AM |

individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive,

    Defendants.

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

Defendants Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, Remo Loffler, and Engineowning UG ("Defendants") respectfully submit this Request for Judicial Notice pursuant to Federal Rule of Evidence 201. Defendants request that the Court take judicial notice of the following facts which are "not subject to reasonable dispute" as they are either "generally known within the territorial jurisdiction of th[is] trial court" or "capable of accurate and ready determination by sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

1. Defendants request that the Court take judicial notice of the fact that 58.8% of the world's websites are written in English. *See* Fed. R. Evid. 201(b)(2). This information is publicly available on Statista, an online platform specializing in market and consumer data, which offers statistics and reports, market insights, consumer insights and company insights. The graph showing "Languages most frequently used for web content as of January 2023, by share of websites" can be found at: https://www.statista.com/statistics/262946/most-common-languages-on-the-internet/. A true and correct copy of this graph from the Statista website is attached hereto as **Exhibit S**. *Turner v. Samsung Telecommunications Am., LLC*, No. CV1300629MWFVBKX, 2013 WL 12126749, at *2 (C.D. Cal. Nov. 4, 2013) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."); *see also Matthews v. Nat'l Football Council*, 688 F.3d 1107, 1113 & n.5 (9th Cir. 2012) (The Ninth Circuit granted a request for judicial notice of statistics available on the NFL's website.).

2. Defendants request that the Court take judicial notice of the fact that Apple Pay is available on six continents. *See* Fed. R. Evid. 201(b)(2). This information is publicly available on Apple's website and can be found at: https://support.apple.com/en-us/HT207957. A true and correct copy of the webpage entitled "Countries and regions that support Apple Pay" is attached hereto as **Exhibit**

1  T. *See Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014) ("Proper subjects of judicial notice when ruling on a motion to dismiss include . . . . publically (sic) accessible websites[.]"); *see also Minor v. Fedex Off. & Print Servs., Inc.*, 182 F. Supp. 3d 966, 974 (N.D. Cal. 2016).

3. Defendants request that the Court take judicial notice of the fact that Apple Pay was available in Germany and the European Union as of June 2019. This information is publicly available on Wikipedia and can be found at: https://en.wikipedia.org/wiki/Apple_Pay. A true and correct copy of the Wikipedia page entitled "Apple Pay" is attached hereto as **Exhibit U**. *See Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014) (Proper subjects of judicial notice when ruling on a motion to dismiss include . . . . publically (sic) accessible websites[.]"); *Io Grp., Inc. v. Veoh Networks, Inc.*, 586 F. Supp. 2d 1132, 1145 n. 8 (N.D. Cal. 2008) ("The court takes judicial notice of the Wikipedia definition of 'IP address[.]'").

4. Defendants request that the Court take judicial notice of the fact that as of 2015, marketers could serve ads on Twitter in over 200 different countries and jurisdictions. *See* Fed. R. Evid. 201(b)(2). This information is publicly available on Twitter's website at https://blog.twitter.com/en_us/a/2015/twitter-ads-are-now-available-in-over-200-countries-and-territories. A true and correct copy of the webpage entitled "Twitter Ads are now available in over 200 countries and territories" is attached hereto as **Exhibit V**. *See Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014) (Proper subjects of judicial notice when ruling on a motion to dismiss include . . . . publically (sic) accessible websites[.]"); *see also Unsworth v. Musk*, No. 19-MC-80224-JSC, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019) (taking judicial notice of Business Insider, BuzzFeed, BBC, and CNN articles).

//

| | | |
|---|---|---|
| 1 | DATED: March 10, 2023 | Respectfully requested, |
| 2 | | ELLIOT GIPSON PC |
| 3 | | Elliot B. Gipson |
| | | Brianna Logan |
| 4 | | |
| 5 | | |
| | | By ___/s/Brianna Logan_____ |
| 6 | | Brianna Logan |
| 7 | | Attorney for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon |
| 8 | | Frisch, Marc-Alexander Richts, |
| | | Alexander Kleeman, Leon Schlender, |
| 9 | | Bennet Huch, Pascal Classen, and Remo |
| 10 | | Loffler |