UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 22-51-MWF(JCx)**                                    Dated: **March 27, 2023**

Title:    Activision Publishing, Inc. -v- EngineOwning UG, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Marc E. Mayer | Elliot B. Gibson |
| Mark Humphrey | |

**PROCEEDINGS:        FOREIGN DEFENDANTS' MOTION TO DISMISS [68]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

IT IS SO ORDERED.

Initials of Deputy Clerk   rs
-1-
:34 min