1   ELLIOT GIPSON PC
    ELLIOT B. GIPSON (State Bar. No. 234020)
2   egipson@elliotgipson.com
    BRIANNA LOGAN (State Bar No. 347947)
3   blogan@elliotgipson.com
    15260 Ventura Blvd., Ste. 835
4   Los Angeles, California 91403
    Telephone: 310.817.1268
5
    Attorneys for Defendants EngineOwning UG,
6   Valentin Rick, Leonard Bugla, Leon Frisch,
    Marc-Alexander Richts, Alexander Kleeman,
7   Leon Schlender, Bennet Huch, Pascal Classen,
    and Remo Loffler
8

9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13  ACTIVISION PUBLISHING, INC., a          CASE NO. 2:22-CV-00051-MWF
    Delaware corporation,
14                                          SECOND JOINT STIPULATION
              Plaintiffs,                   TO EXTEND FOREIGN
15                                          DEFENDANTS' TIME TO
         vs.                                ANSWER PLAINTIFF'S FIRST
16                                          AMENDED COMPLAINT
    ENGINEOWNING UG, a German
17  corporation, CMM HOLDINGS S.A., a       Judge:  Hon. Michael W. Fitzgerald
    German corporation, GARNATZ             Dept.: 5A
18  ENTERPRISE LTD., a Belize
    corporation, VALENTIN RICK, an
19  individual, LEONA RD BUGLA, an          Complaint Filed: January 4, 2022
    individual, LEON FRISCH, an             FAC Filed:  September 16, 2022
20  individual, IGNACIO
    GAYDUCHENKO, an individual,
21  MARC-ALEXANDER RICHTS, an               Current Response Date: May 2, 2023
    individual, ALEXANDER KLEEMAN,          New Response Date: June 1, 2023
22  an individual, LEON SCHLENDER, an
    individual, ERICK PFEIFER, an
23  individual, BENNET HUCH, an
    individual, ZAIN JONDAH, an
24  individual, RICKY SZAMEITAT, an
    individual, MARCEL BINDEMANN,
25  an individual, REMO LOFFLER, an
    individual, MARVIN BAOTIC
26  NEUMEYER, an individual,
    HENDRIK SMAAL, an individual,
27  CHARLIE WIEST, an individual,
    DENNIS REISSLEICH, an individual,
28  TYLER BYRD, an individual, SIMON

1  MASIAS, an individual, NICHOLAS
   JAMES BALDWIN, an individual,
2  ANTONIO MEDIAN, an individual,
   REMY CARTIGNY, an individual,
3  PASCAL CLASSEN, an individual,
   MANUEL T. SANTIAGO, an
4  individual, and KATERINA DISDLE,
   an individual, and DOES 1-50,
5  inclusive,

6
                    Defendants.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, Remo Loffler, and Engineowning UG (hereinafter "Foreign Defendants") and Plaintiff Activision Publishing, Inc. (hereinafter "Plaintiff"), by and through their respective counsel of record, stipulate as follows:

1.      On January 4, 2022, Plaintiff filed its initial complaint in the above-captioned matter, against six individual defendants and two corporate defendants, in the United States District Court for the Central District of California.

2.      On September 16, 2022, Plaintiff filed its Amended Complaint, adding additional defendants and causes of action.

3.      On November 22, 2022, Plaintiff and Foreign Defendants filed a joint stipulation, extending Foreign Defendants' time to respond to the First Amended Complaint to January 13, 2023. This joint stipulation was granted on November 23, 2022.

4.      On January 13, 2023, Foreign Defendants filed a Motion to Dismiss under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, 12(b)(6) for failure to state a claim, as well as under principles of extraterritoriality, international comity, and *forum non conveniens*.  A hearing for this motion was held on March 27, 2023.

5.      On April 4, 2023, the Court issued an order denying in part and granting in part the Foreign Defendants' motion to dismiss the action.  The Court ruled that Plaintiff could file a second amended complaint by April 18, 2023. Plaintiff did not file a second amended complaint. The Court ordered Defendants to file an answer to the operative complaint no later than May 2, 2023.

6.      Therefore, Foreign Defendants' answer to the First Amended Complaint is currently due on May 2, 2023.

7.      The Parties now jointly seek the Court's approval to stipulate that the Foreign Defendants may have up to and including June 1, 2023 to file an answer in response to the First Amended Complaint.

SECOND JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER

8.   As described in the Declaration of Elliot B. Gipson filed in support of this stipulation, there has been a breakdown of communication between Elliot Gipson PC and the Foreign Defendants. At this point, absent a change in circumstances, Elliot Gipson PC anticipates filing a motion or motions for withdrawal as counsel of record for certain of or all of the Foreign Defendants within the next few days, and Plaintiff has indicated that it will not oppose such motion.

9.   As there is not yet a trial date and party discovery has not yet begun, the parties do not believe such an extension is an unwarranted delay.  In fact, such an extension may provide certain of the Foreign Defendants an opportunity to resolve the breakdown of communications with their counsel and/or an opportunity for some or all of the Foreign Defendants to settle the case and thus preserve limited party and judicial resources.  Alternatively, the extension will give the Foreign Defendants an opportunity to either retain new counsel or, if they so choose (in the case of the individual Foreign Defendants), elect to proceed on a *pro se* basis.

10.   This is the second request for an extension of time within which to respond to the FAC and the first such request since the Court's issuance of the Court's Order denying in part and granting in part Foreign Defendants' Motion to Dismiss on April 4, 2023.

11.   The foregoing stipulation shall apply only to the undersigned Foreign Defendants and not to any other defendants in this action.  The parties agree that this extension shall not prejudice any party and is in the interests of judicial economy.

THEREFORE, SUBJECT TO COURT APPROVAL, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.   The Foreign Defendants' answer to Plaintiff's first amended complaint shall be due on June 1, 2023.

2.   This Order shall only be applicable to Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler.

- 2 -

DATED:  April 27, 2023

Respectfully submitted,

ELLIOT GIPSON PC
Elliot B. Gipson
Brianna N. Logan

By_____/s/ *Elliot B. Gipson*_____
Elliot B. Gipson

Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

DATED:  April 27, 2023

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP
Marc E. Mayer
Mark C. Humphrey
Genevieve L. Javidzad

By_____/s/*Marc E. Mayer*_____
Marc E. Mayer

Attorneys for Plaintiff Activision Publishing, Inc.

- 3 -

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Elliot Gipson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  April 27, 2023             ELLIOT GIPSON PC
                                   Elliot B. Gipson
                                   Brianna N. Logan

                                   By_____/s/ *Elliot B. Gipson*_____
                                        Elliot B. Gipson

                                   Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Ignacio Gay Duchenko, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler