| | |
|---|---|
| 1 | ELLIOT GIPSON PC |
| 2 | ELLIOT B. GIPSON (State Bar. No. 234020)<br>egipson@elliotgipson.com |
| 3 | BRIANNA LOGAN (State Bar No. 347947)<br>blogan@elliotgipson.com |
| 4 | 15260 Ventura Blvd., Ste. 835<br>Los Angeles, California 91403 |
| 5 | Telephone: 310.817.1268 |
| 6 | Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, |
| 7 | Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON | CASE NO. 2:22-CV-00051-MWF<br><br>**DECLARATION OF ELLIOT B. GIPSON IN SUPPORT OF THE PARTIES' JOINT STIPULATION TO EXTEND FOREIGN DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>Complaint Filed: January 4, 2022<br>FAC Filed: September 16, 2022<br><br>Current Response Date: May 2, 2023<br>New Response Date: June 1, 2023 |

| | |
|---|---|
| 1 | MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

DECLARATION OF ELLIOT B. GIPSON ISO PARTIES' SECOND JOINT STIPULATION TO EXTEND TIME TO ANSWER

# DECLARATION OF ELLIOT B. GIPSON

I, Elliot Gipson, declare as follows:

1. I am the attorney for Defendants Valentin Rick, Alex Kleeman, Bennet Huch, Leon Frisch, Leon Schlender, Leonard Bugla, Marc-Alexander Richts, Pascal Claβen, Remo Löffler, and EngineOwning UG (collectively, the "Foreign Defendants") in the case *Activision Publishing, Inc. v. EngineOwning UG*, 2:22-CV-00051-MWF, currently pending in the United States District Court for the Central District of California.

2. The following facts are based on my own personal knowledge. I am over 18 years of age. If called as a witness, I would and could competently testify to such facts under oath.

3. There has been a breakdown in communication between the Foreign Defendants and Elliot Gipson PC.

4. Elliot Gipson PC anticipates that it will file a motion for withdrawal as counsel of record for some or all of the Foreign Defendants based on a breakdown of communication.

5. Plaintiff's counsel indicated to me that it would not oppose a motion for withdrawal.

6. I believe that such an extension of time would benefit the parties by allowing for an opportunity for certain or all of the Foreign Defendants to resolve their breakdown of communications and/or settle their case with Plaintiff.

7. I further believe that such an extension would not prejudice the interests of any party to the case given that party discovery has not yet begun and there is not yet a trial date in this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on April 27, 2023 in Los Angeles, California.

| | |
|---|---|
| 1 | |
| 2 | By_____/s/ *Elliot B. Gipson*_____ |
| 3 | Elliot B. Gipson |
| 4 | |
| 5 | Attorney for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler |
| 6 | |
| 7 | |
| 8 | |

- 2 -