| | |
|---|---|
| 1 | ELLIOT GIPSON PC |
| 2 | ELLIOT B. GIPSON (State Bar. No. 234020)<br>egipson@elliotgipson.com |
| 3 | BRIANNA LOGAN (State Bar No. 347947)<br>blogan@elliotgipson.com |
| 4 | 15260 Ventura Blvd., Ste. 835<br>Los Angeles, California 91403 |
| 5 | Telephone: 310.817.1268 |
| 6 | Attorneys for Defendants EngineOwning UG,<br>Valentin Rick, Leonard Bugla, Leon Frisch, |
| 7 | Marc-Alexander Richts, Alexander Kleeman,<br>Leon Schlender, Bennet Huch, Pascal Classen, |
| 8 | and Remo Loffler |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:22-CV-00051-MWF |
| 15 | Plaintiffs, | **ORDER GRANTING PARTIES'** |
| 16 | vs. | **SECOND JOINT STIPULATION TO EXTEND TIME TO ANSWER** |
| 17 | ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONA RD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON | Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>Complaint Filed: January 4, 2022<br>FAC Filed: September 16, 2022<br><br>Current Response Date: May 2, 2023<br>New Response Date: June 1, 2023 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive,<br><br>                    Defendants. |

ORDER GRANTING PARTIES' SECOND JOINT STIPULATION TO EXTEND TIME TO ANSWER

**ORDER**

Having considered the Parties' Second Joint Stipulation to Extend Time to Answer, and for good cause shown, **IT IS HEREBY ORDERED THAT** Parties' Joint Stipulation is **GRANTED. THEREFORE:**

1. Defendants' answer to Plaintiff's first amended complaint shall be due on June 1, 2023.

2. This Order shall only be applicable to Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler.

**IT IS SO ORDERED.**

Dated: April 28, 2023

Hon. Michael W. Fitzgerald
United States District Judge