1  ELLIOT GIPSON PC
   ELLIOT B. GIPSON (State Bar. No. 234020)
2  egipson@elliotgipson.com
   BRIANNA LOGAN (State Bar No. 347947)
3  blogan@elliotgipson.com
   15260 Ventura Blvd., Ste. 835
4  Los Angeles, California 91403
   Telephone: 310.817.1268
5
   Attorneys for Defendants EngineOwning UG,
6  Valentin Rick, Leonard Bugla, Leon Frisch,
   Marc-Alexander Richts, Alexander Kleeman,
7  Leon Schlender, Bennet Huch, Pascal Classen,
   and Remo Loffler
8

9

10

11 **UNITED STATES DISTRICT COURT**

   **CENTRAL DISTRICT OF CALIFORNIA**
12

13 | ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:22-CV-00051-MWF |
|---|---|
| Plaintiffs, | **THIRD JOINT STIPULATION TO EXTEND FOREIGN DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON | Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>Complaint Filed: January 4, 2022<br>FAC Filed: September 16, 2022<br><br>Current Response Date: June 1, 2023<br>New Response Date: June 8, 2023 |

| | |
|---|---|
| 1 | MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

Defendants Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, Remo Loffler, and Engineowning UG (hereinafter "Foreign Defendants") and Plaintiff Activision Publishing, Inc. (hereinafter "Plaintiff"), by and through their respective counsel of record, stipulate as follows:

1. On January 4, 2022, Plaintiff filed its initial complaint in the above-captioned matter, against six individual defendants and two corporate defendants, in the United States District Court for the Central District of California.

2. On September 16, 2022, Plaintiff filed its Amended Complaint, adding additional defendants and causes of action.

3. On November 22, 2022, Plaintiff and Foreign Defendants filed a joint stipulation, extending Foreign Defendants' time to respond to the First Amended Complaint to January 13, 2023. This joint stipulation was granted on November 23, 2022.

4. On January 13, 2023, Foreign Defendants filed a Motion to Dismiss under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, 12(b)(6) for failure to state a claim, as well as under principles of extraterritoriality, international comity, and *forum non conveniens*. A hearing for this motion was held on March 27, 2023.

5. On April 4, 2023, the Court issued an order denying in part and granting in part the Foreign Defendants' motion to dismiss the action. The Court ruled that Plaintiff could file a second amended complaint by April 18, 2023. Plaintiff did not file a second amended complaint. The Court ordered Defendants to file an answer to the operative complaint no later than May 2, 2023.

6. On April 27, 2023, Plaintiff and Foreign Defendants filed a second joint stipulation, extending Foreign Defendants' time to answer the First Amended Complaint to June 1, 2023.

7. On April 28, 2023, the Court granted the Parties' second joint stipulation to extend time to answer. Therefore, Foreign Defendants' answer to the First

Amended Complaint is currently due on June 1, 2023.

8. The Parties now jointly seek the Court's approval to stipulate that the Foreign Defendants may have up to and including June 8, 2023 to file an answer in response to the First Amended Complaint.

9. As described in the Declaration of Elliot B. Gipson filed in support of this stipulation, there has been a breakdown of communication between Elliot Gipson PC and the Foreign Defendants. At this point, absent a change in circumstances, Elliot Gipson PC anticipates filing a motion or motions for withdrawal as counsel of record for all of the Foreign Defendants by May 8, 2023, and Plaintiff has indicated that it will not oppose such motion.

10. In advance of the anticipated motion to withdraw, Foreign Defendants' counsel sought to obtain an extension of time to answer Plaintiff's First Amended Complaint so the Foreign Defendant's would not be prejudiced by counsel's withdrawal and would have time to hire new counsel if they elected to do so.

11. Foreign Defendants' counsel initially selected May 29, 2023 as the hearing date for the motion to withdraw, approximately four weeks from the intended date of filing. However, prior to filing the motion on May 1, 2023, counsel realized that the Court was dark on May 29 due to Memorial Day. Therefore, counsel would need to extend the hearing date to the following Monday, June 5.

12. To ensure no prejudice to the Foreign Defendants', the Parties are requesting to extend the time to answer to June 8, 2023, so that the anticipated motion to withdraw will be resolved prior to the due date of the Answer. Courts in the Central District have found it appropriate to extend the time to file an answer where counsel is withdrawing to alleviate any potential prejudice. *See Texmont Design Ltd. v. Halston Operating Co., LLC*, No. CV1810164CJCGJSX, 2020 WL 13281500, at *2 (C.D. Cal. Jan. 3, 2020) (extending the deadline to answer where there has been a breakdown in communication between counsel and client).

13. As there is not yet a trial date and party discovery has not yet begun, the parties do not believe such an extension is an unwarranted delay. In fact, such an extension may provide certain of the Foreign Defendants an opportunity to resolve the breakdown of communications with their counsel and/or an opportunity for some or all of the Foreign Defendants to settle the case and thus preserve limited party and judicial resources. Alternatively, the extension will give the Foreign Defendants an opportunity to either retain new counsel or, if they choose (in the case of the individual Foreign Defendants), elect to proceed on a *pro se* basis.

14. This is the third request for an extension of time within which to respond to the FAC and the first such request since the Court's issuance of the Court's Order denying in part and granting in part Foreign Defendants' Motion to Dismiss on April 4, 2023.

15. The foregoing stipulation shall apply only to the undersigned Foreign Defendants and not to any other defendants in this action. The parties agree that this extension shall not prejudice any party and is in the interests of judicial economy.

THEREFORE, SUBJECT TO COURT APPROVAL, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The Foreign Defendants' answer to Plaintiff's first amended complaint shall be due on June 8, 2023.

2. This Order shall only be applicable to Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler.

//
//

| | | |
|---|---|---|
| DATED: May 3, 2023 | | Respectfully submitted, |

ELLIOT GIPSON PC
Elliot B. Gipson
Brianna N. Logan


By  /s/ *Elliot B. Gipson*
      Elliot B. Gipson

Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

DATED: May 3, 2023            Respectfully submitted,

MITCHELL SILBERBERG & KNUPP
Marc E. Mayer
Mark C. Humphrey
Genevieve L. Javidzad


By  /s/*Marc E. Mayer*
      Marc E. Mayer

Attorneys for Plaintiff Activision Publishing, Inc.

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Elliot Gipson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 3, 2023

ELLIOT GIPSON PC
Elliot B. Gipson
Brianna N. Logan

By_____/s/ *Elliot B. Gipson*_____
       Elliot B. Gipson

Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

- 5 -

THIRD JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER