ELLIOT GIPSON PC
ELLIOT B. GIPSON (State Bar. No. 234020)
egipson@elliotgipson.com
BRIANNA LOGAN (State Bar No. 347947)
blogan@elliotgipson.com
15260 Ventura Blvd., Ste. 835
Los Angeles, California 91403
Telephone: 310.817.1268

Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON | CASE NO. 2:22-CV-00051-MWF<br><br>**DECLARATION OF ELLIOT B. GIPSON IN SUPPORT OF THE PARTIES' THIRD JOINT STIPULATION TO EXTEND FOREIGN DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>Complaint Filed: January 4, 2022<br>FAC Filed: September 16, 2022<br><br>Current Response Date: June 1, 2023<br>New Response Date: June 8, 2023 |

| | |
|---|---|
| 1 | MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

**DECLARATION OF ELLIOT B. GIPSON**

I, Elliot Gipson, declare as follows:

1. I am the attorney for Defendants Valentin Rick, Alex Kleeman, Bennet Huch, Leon Frisch, Leon Schlender, Leonard Bugla, Marc-Alexander Richts, Pascal Claβen, Remo Löffler, and EngineOwning UG (collectively, the "Foreign Defendants") in the case *Activision Publishing, Inc. v. EngineOwning UG*, 2:22-CV-00051-MWF, currently pending in the United States District Court for the Central District of California.

2. The following facts are based on my own personal knowledge. I am over 18 years of age. If called as a witness, I would and could competently testify to such facts under oath.

3. There has been a breakdown in communication between the Foreign Defendants and Elliot Gipson PC, Elliot Gipson, and Brianna Logan (collectively "the Firm").

4. The Firm anticipates that it will file a motion for withdrawal as counsel of record for all of the Foreign Defendants based on a breakdown of communication by May 8, 2023.

5. Originally, the Firm intended to file their motion for withdrawal on May 1, 2023. The Firm had selected May 29, 2023 as the hearing date for the motion to withdraw, four weeks from the date of filing. Prior to filing, the Firm realized that the Court was dark on May 29, which effectively pushed the anticipated hearing date to June 5, 2023.

6. In filing the Second Joint Stipulation, the Firm had intended for their motion to withdraw as counsel to be resolved prior to the due date for the Foreign Defendants' answer to the operative complaint.

7. In order to ensure that the motion to withdraw is resolved prior to the due date, the Parties have agreed to stipulate to extend the Foreign Defendants' deadline to answer Plaintiff's First Amended Complaint by seven (7) additional days

- 1 -

to June 8, 2023.

8. Plaintiff's counsel indicated to me that it would not oppose a motion for withdrawal.

9. I believe that such an extension of time would benefit the parties by allowing for an opportunity for certain or all of the Foreign Defendants to resolve their breakdown of communications and/or settle their case with Plaintiff.

10. I further believe that such an extension would not prejudice the interests of any party to the case given that party discovery has not yet begun and there is not yet a trial date in this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on May 3, 2023 in Los Angeles, California.

By_____/s/ *Elliot B. Gipson*_____
Elliot B. Gipson

Attorney for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler