1   ELLIOT GIPSON PC
    ELLIOT B. GIPSON (State Bar. No. 234020)
2   egipson@elliotgipson.com
    BRIANNA LOGAN (State Bar No. 347947)
3   blogan@elliotgipson.com
    15260 Ventura Blvd., Ste. 835
4   Los Angeles, California 91403
    Telephone: 310.817.1268
5
    Attorneys for Defendants EngineOwning UG,
6   Valentin Rick, Leonard Bugla, Leon Frisch,
    Marc-Alexander Richts, Alexander Kleeman,
7   Leon Schlender, Bennet Huch, Pascal Classen,
    and Remo Loffler
8
9
10                  UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12
13   ACTIVISION PUBLISHING, INC., a        CASE NO. 2:22-CV-00051-MWF
     Delaware corporation,
14
            Plaintiffs,
15
            vs.                            **NOTICE OF MOTION AND
16                                         MOTION OF ELLIOT GIPSON PC,
     ENGINEOWNING UG, a German             ELLIOT GIPSON, AND BRIANNA
17   corporation, CMM HOLDINGS S.A., a     LOGAN TO WITHDRAW AS
     German corporation, GARNATZ          COUNSEL OF RECORD FOR
18   ENTERPRISE LTD., a Belize            FOREIGN DEFENDANTS**
     corporation, VALENTIN RICK, an
19   individual, LEONA RD BUGLA, an        Judge:  Hon. Michael W. Fitzgerald
     individual, LEON FRISCH, an           Dept.: 5A
20   individual, IGNACIO
     GAYDUCHENKO, an individual,
21   MARC-ALEXANDER RICHTS, an             Complaint Filed: January 4, 2022
     individual, ALEXANDER KLEEMAN,        FAC Filed:  September 16, 2022
22   an individual, LEON SCHLENDER, an
     individual, ERICK PFEIFER, an
23   individual, BENNET HUCH, an           Hearing Date: June 5, 2023
     individual, ZAIN JONDAH, an           Hearing Time: 10:00 AM
24   individual, RICKY SZAMEITAT, an
     individual, MARCEL BINDEMANN,
25   an individual, REMO LOFFLER, an
     individual, MARVIN BAOTIC
26   NEUMEYER, an individual,
     HENDRIK SMAAL, an individual,
27   CHARLIE WIEST, an individual,
     DENNIS REISSLEICH, an individual,
28   TYLER BYRD, an individual, SIMON

---

1  MASIAS, an individual, NICHOLAS
   JAMES BALDWIN, an individual,
2  ANTONIO MEDIAN, an individual,
   REMY CARTIGNY, an individual,
3  PASCAL CLASSEN, an individual,
   MANUEL T. SANTIAGO, an
4  individual, and KATERINA DISDLE,
   an individual, and DOES 1-50,
5  inclusive,

6
                    Defendants.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Monday, June 5, 2023, at 10:00 A.M., or soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled court, located at 350 West First Street, Los Angeles, CA 90012, Elliot Gipson PC, Elliot Gipson, and Brianna Logan (collectively "the Firm"), will and hereby do move the Court, pursuant to Local Rule 83-2.3.2, for an order granting leave to withdraw as counsel of record for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler (hereinafter the "Foreign Defendants").

This motion is made following the written notices that were provided to the Foreign Defendants and the conference of counsel pursuant to L.R. 7-3 which took place on Wednesday, April 26, 2023. This motion is unopposed by Plaintiff.

This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, the Declaration of Elliot B. Gipson, the pleadings in this action; any oral arguments of counsel; all docketed papers previously filed with the Court; and upon any other evidence that the Court may consider or matters of which the Court may take judicial notice.

//

//

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  May 5, 2023

Respectfully submitted,

ELLIOT GIPSON PC
Elliot B. Gipson
Brianna N. Logan


By_____/s/ *Elliot B. Gipson*_____
        Elliot B. Gipson

Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

- 2 -