ELLIOT GIPSON PC
ELLIOT B. GIPSON (State Bar. No. 234020)
egipson@elliotgipson.com
BRIANNA LOGAN (State Bar No. 347947)
blogan@elliotgipson.com
15260 Ventura Blvd., Ste. 835
Los Angeles, California 91403
Telephone: 310.817.1268

Attorneys for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON | CASE NO. 2:22-CV-00051-MWF<br><br>**DECLARATION OF ELLIOT B. GIPSON IN SUPPORT OF ELLIOT GIPSON PC, ELLIOT GIPSON, AND BRIANNA LOGAN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FOREIGN DEFENDANTS**<br><br>Judge:  Hon. Michael W. Fitzgerald<br>Dept.:  5A<br><br>Complaint Filed: January 4, 2022<br>FAC Filed:  September 16, 2022<br><br>Hearing Date: June 5, 2023<br>Hearing Time: 10:00 AM |

| | |
|---|---|
| 1 | MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

# DECLARATION OF ELLIOT B. GIPSON

I, Elliot Gipson, declare as follows:

1. I am the attorney for Defendants Valentin Rick, Alex Kleeman, Bennet Huch, Leon Frisch, Leon Schlender, Leonard Bugla, Marc-Alexander Richts, Pascal Claβen, Remo Löffler, and EngineOwning UG (collectively, the "Foreign Defendants") in the case *Activision Publishing, Inc. v. EngineOwning UG*, 2:22-CV-00051-MWF, currently pending in the United States District Court for the Central District of California.

2. The following facts are based on my own personal knowledge. I am over 18 years of age. If called as a witness, I would and could competently testify to such facts under oath.

3. There has been a breakdown in communication between the Foreign Defendants and Elliot Gipson PC, myself, and Brianna Logan (collectively, "the Firm"). Brianna Logan is an associate attorney and employee of Elliot Gipson PC.

4. Given the time difference because of the Foreign Defendants' location in Europe, the typical method of communication between the Firm and the Foreign Defendants is through electronic mail and text messaging. In the past, I have had no issues communicating with the Foreign Defendants in this manner. However, subsequent to the Court's April 4, 2023 Order denying in part and granting in part the Foreign Defendants' motion to dismiss, there has been a breakdown in communication. The Firm has reached out to the Foreign Defendants via electronic mail and text repeatedly on more than a dozen occasions total since that time. The Firm has no reason to believe that the Foreign Defendants have changed their contact information during that period. Nonetheless, the Firm has experienced a breakdown in communications with the Foreign Defendants since that time.

5. This breakdown in communications has made it unreasonably difficult for the Firm to carry out the representation of the Foreign Defendants. In addition to reaching out to Foreign Defendants, the Firm contacted Markus Kompa,

- 1 -

EngineOwning's and Mr. Rick's attorney in the related German litigation. Despite the Firm's efforts, the breakdown in communications has not been resolved.

6. The Firm believes it has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the Foreign Defendants, such as giving them sufficient notice to permit them to retain other counsel if desired and obtaining a stipulated order from the Court extending their time to file an answer to the FAC to June 8, 2023.

7. In addition, the Firm believes it has complied with L.R. 83-2.3.2 regarding *Withdrawal and Substitution of Attorneys*. Pursuant to Local Rule 83-2.3.2, the Firm has provided the Foreign Defendants with written notice via electronic mail and text message of its intention to file a motion to withdraw due to a breakdown in communication. The Firm has also provided advance written notice of the instant motion via email to Markus Kompa, EngineOwning UG's and Valentin Rick's German counsel.

8. Because the Foreign Defendants did not indicate to the Firm an intent to oppose such withdrawal, the Firm is informed and believes that the Foreign Defendants do not oppose the Firm's withdrawal.

9. The Firm has also provided written notice to Foreign Defendants of their obligation to appear *pro se* or appoint another attorney in this action under Local Rule 83-2.3.3.

10. Pursuant to Local Rule 83-2.3.4, the Firm provided EngineOwning UG with written notice of the consequences of its inability to appear *pro se*.

11. Pursuant to Local Rule 83-2.3.5, I believe that granting this motion for withdrawal would not prejudice the interests of any party to the case given that the time to answer has been extended to June 8, 2023, party discovery has not begun, there is no initial status conference scheduled, there are no pending motions, and there is not yet a trial date in this case.

12. Plaintiff's counsel indicated to me that it would not oppose a motion for withdrawal.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on May 5, 2023 in Los Angeles, California.

By /s/ *Elliot B. Gipson*
Elliot B. Gipson

Attorney for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler

DECLARATION OF ELLIOT B. GIPSON ISO ELLIOT GIPSON PC'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS