# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONA RD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-51-MWF(JCx)<br><br>**ORDER GRANTING ELLIOT GIPSON PC, ELLIOT GIPSON, AND BRIANNA LOGAN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FOREIGN DEFENDANTS** |

# ORDER

The Motion to Withdraw as Counsel of Record for Foreign Defendants (the "Motion," (Docket No. 109)) was noticed to be heard on June 5, 2023. The Court has read and considered the papers on the Motion and deems the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing is therefore **VACATED** and removed from the Court's calendar.

Having considered Elliot Gipson PC, Elliot Gipson, and Brianna Logan's (collectively "the Firm") Motion, and for good cause shown, **IT IS HEREBY ORDERED THAT** the Firm's Motion to withdraw as counsel of record in this matter for Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler (collectively, the "Foreign Defendants") is **GRANTED. THEREFORE:**

1. The Firm shall serve this Order upon Foreign Defendants and file a proof of service thereon no later than **May 31, 2023**.

2. The Firm is directed to give EngineOwning UG notice that it cannot appear *pro se* because it is a corporate defendant.

1. Elliot Gipson PC, Elliot Gipson, and Brianna Logan shall be relieved as counsel for the Foreign Defendants upon the filing of Proof of Service of this Order pursuant to paragraphs 1 and 2, above.

3. This Court advises the Foreign Defendants, each of them, to take immediate measures to find new counsel. By no later than **June 26, 2023**, each Foreign Defendant that is a natural person shall either (1) have newly retained counsel file a notice of appearance in this action, or (2) file a status report informing the Court of his or her intention to proceed *pro se*. If any Foreign Defendant fails to inform the Court of his or her retention of counsel or intent to appear *pro se* by the deadlines, the Court will issue an Order to Show Cause why default shall not be entered against the non-responding Defendant(s).

4.      As Defendant EngineOwning UG is a corporate defendant that cannot appear *pro se*, its failure to have new counsel file a timely notice of appearance, by no later than **June 26, 2023**, will, at Plaintiff's request, result in entry of default against Defendant EngineOwning UG on the First Amended Complaint.

5.      This Order shall only be applicable to Foreign Defendants EngineOwning UG, Valentin Rick, Leonard Bugla, Leon Frisch, Marc-Alexander Richts, Alexander Kleeman, Leon Schlender, Bennet Huch, Pascal Classen, and Remo Loffler and to no other defendants.

6.      The Foreign Defendants deadline to file an answer to the FAC currently set for June 8, 2023, is hereby EXTENDED to **July 17, 2023**.

**IT IS SO ORDERED.**

Dated: May 23, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge