Marc-Alexander Richts
Ernststraße 25
58644 Iserlohn
NRW
Germany
23 June 2023



Judge:  Honorable Michael W. Fitzgerald
Courtroom Deputy: Rita Sanchez
First Street Courthouse,
350 West First Street,
Courtroom 5A,
Los Angeles, California 90012

CASE NO. 2:22-CV-51-MWF(JCx)

**Notice of Intent to Proceed Pro Se**

ACTIVISION PUBLISHING, INC., a Delaware corporation, Plaintiffs,

vs.

ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONA RD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive, Defendants.

Dear Mr. Fitzgerald,
Dear Mrs. Sanchez

I, Marc-Alexander Richts, am a defendant in the above-referenced case "Activision vs EngineOwning UG". I am writing to inform the court of my intention to represent myself and proceed pro se in this matter and accept service via e-mail: marc@wertfrei.org.

Furthermore, me and the following other defendants listed below accept service via E-Mail for this case:

Alexander Kleemann: a200kuc@proton.me
Leon Schlender: lsss@posteo.net
Leon Frisch: leon.frisch37@gmail.com

We are currently in negotiating with the plaintiff and we are pursuing a settlement. We all signed this document and accept serving via the e-mails listed above.

Furthermore, I request to accept electronic filing of court documents for me, Marc-Alexander Richts, as I represent myself in this case going forward.

Thank you for your attention to this matter. If you have any questions or require further information, please do not hesitate to contact me via E-Mail or physical mail.

Sincerely,

Marc-Alexander Richts

*[signature]*

Alexander Kleemann

*[signature]*

Leon Schlender

*[signature]*

Leon Frisch

*[signature]*

Name: Marc-Alexander Richts

Address: Ernststrasse 25, 58644 Iserlohn, NRW, Germany

Phone Number: 015734031337

Email Address: marc@wertfrei.org

Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Activision Publishing, Inc.

PLAINTIFF(S)

v.

ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, VALENTIN

DEFENDANT(S)

CASE NUMBER

2:22-CV-51-MWF(JCx)

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☐ Plaintiff ☒ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   - [✔] A Computer with internet access.
   - [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✔] A scanner to convert documents that are only in paper format into electronic files.
   - [✔] A printer or copier to create required paper copies such as chambers copies.
   - [✔] A word-processing program to create documents; and
   - [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 23 June 2023

Signature: *[signed] M. Richts*

CV-005 (02/20)   APPLICATION FOR PERMISSION FOR ELECTRONIC FILING