# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 22-51-MWF(JCx) |
| v. | |
| ENGINEOWNING UG, et al., | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by Marc-Alexander Richts (see Application, Docket No. 113) is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: June 27, 2023

_____
United States District Judge

☐ DENIED
Comments:

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)  ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING