Marc-Alexander Richts
Ernststraße 25
58644 Iserlohn
NRW
Germany
23 June 2023


Judge:  Honorable Michael W. Fitzgerald
Courtroom Deputy: Rita Sanchez
First Street Courthouse,
350 West First Street,
Courtroom 5A,
Los Angeles, California 90012


**CASE NO. 2:22-CV-51-MWF(JCx)**

**Notice of Intent to Proceed Pro Se**

ACTIVISION PUBLISHING, INC., a Delaware corporation, Plaintiffs,

vs.

ENGINEOWNING UG, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONA RD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual, DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive, Defendants.

Dear Judge,

I, Marc-Alexander Richts, am a defendant in the above-referenced case "Activision vs EngineOwning UG". I am writing to inform the court of **my intention to represent myself and proceed pro se in this matter**. I think it's obvious that I'm representing myself as per my previous filing attempt, but I did not find a specific form "Notice of Intent to Proceed Pro Se", so I submit this document via e-filing to **make my intent clear that I am representing myself from now on.**

Also, status report: I am currently in negotiations with the plaintiff and am pursuing a settlement with Activision.

Sincerely,

Marc-Alexander Richts