Leon Schlender
c/o P.K. Schulz
Am Krähenberg 24
Berlin, 13505
Germany
LSSS@POSTEO.NET

FILED
CLERK, U.S. DISTRICT COURT
07/05/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: smom  DEPUTY

Date: July 05, 2023

Judge: Honorable Michael W. Fitzgerald
Courtroom Deputy: Rita Sanchez
First Street Courthouse,
350 West First Street,
Courtroom 5A,
Los Angeles, California 90012

**CASE NO. 2:22-CV-00051-MWF(JCx)**

**SUBJ: NOTICE OF INTENT TO PROCEED PRO SE**

ACTIVISION PUBLISHING, INC., a Delaware corporation, Plaintiffs,

vs.

ENGINEOWNING ug, a German corporation, CMM HOLDINGS S.A., a German corporation, GARNATZ ENTERPRISE LTD., a Belize corporation, VALENTIN RICK, an individual, LEONARD BUGLA, an individual, LEON FRISCH, an individual, IGNACIO GAYDUCHENKO, an individual, MARC-ALEXANDER RICHTS, an individual, ALEXANDER KLEEMAN, an individual, LEON SCHLENDER, an individual, ERICK PFEIFER, an individual, BENNET HUCH, an individual, ZAIN JONDAH, an individual, RICKY SZAMEITAT, an individual, MARCEL BINDEMANN, an individual, REMO LOFFLER, an individual, MARVIN BAOTIC NEUMEYER, an individual, HENDRIK SMAAL, an individual, CHARLIE WIEST, an individual,  DENNIS REISSLEICH, an individual, TYLER BYRD, an individual, SIMON MASIAS, an individual, NICHOLAS JAMES BALDWIN, an individual, ANTONIO MEDIAN, an individual, REMY CARTIGNY, an individual, PASCAL CLASSEN, an individual, MANUEL T. SANTIAGO, an individual, and KATERINA DISDLE, an individual, and DOES 1-50, inclusive, Defendants.

Dear Judge Fitzgerald,

I, Leon Schlender am a Defendant in the case *Activision Publishing, Inc. v. EngineOwning UG*, 2:22-CV-00051-MWF, currently pending in the United States District Court for the Central District of California.

I am writing to inform the court of my intention to **represent myself and proceed pro se** in this matter.

I was not able to locate a specific form for this motion, therefore I am filing this document to request the court to represent myself from now on.

I am currently negotiating with the plaintiff, to pursue a settlement in this matter.

My notice of appearance is the following:

Name: *Leon Schlender*

Mailing Address:

*Leon Schlender*

*c/o P.K. Schulz*

*Am Krähenberg 24*

*Berlin, 13505*

*Germany*

Phone No: +49 1765 4815054

Email Address: *LSSS@POSTEO.NET*

I hereby certify that on 07/05/2023, I served a copy of this document by sending a copy to plaintiff's attorneys via Email.

Sincerely,

Leon Schlender

X _____
Leon Schlender