

Case: 2:22cv51  Doc: 121

Leon Frisch
August-Bagel-Straße 32
40878 Ratingen