UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

07/10/2023
US POSTAGE $005.45
ZIP 90012
041M11461109

Case: 2:22cv51  Doc: 123

Markus Kompa
Geisselstrasse 11
Cologne, 50823

FILED
CLERK, U.S. DISTRICT COURT
AUG [X] 2023
CENTRAL DISTRICT OF CALIFORNIA
BY SH DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

MWF

FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MMC DEPUTY

2:22cv51

Case: 2:22cv51  Doc: 123

Markus Kompa
Geisselstrasse 11
Cologne, 50823