UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 22-51-MWF(JCx)** | Date: February 7, 2024 |
| Title  Activision Publishing, Inc. v. EngineOwning UG, et al. | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Defaults by Clerk (Docket Nos. 142 through 149, and 152 through 157) entered on February 6, 2024, the Court sets a hearing for Order to Show Cause ("OSC") Re Default Judgment for **March 11, 2024, at 11:30 a.m.**  If a Motion for Default Judgment is filed prior to this hearing, the OSC Hearing will be discharged and no appearances will be necessary.

Any Motion for Default Judgment must comply with the Local Rules and this Court's Procedures.  See http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

The Court's prior Order to Show Cause (Docket No. 127) is DISCHARGED.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm