**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST 03/05/2024
US POSTAGE $004.23
FIRST-CLASS MAIL INTL
ZIP 90012
041M11461109




RECEIVED
CLERK, U.S. DISTRICT COURT
APR 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
APR 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

3


FILED
CLERK, U.S. DISTRICT COURT
APR 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY MMC DEPUTY

2:22CV51-MWF

NIXIE    061    SC 1    0204/10/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299    0060N101214-00925

INSUFFIC...

Case: 2:22cv51   Doc: 160

Markus Kompa
Markus Kompa Legal Services
Geisselstrase 11
50823 Cologne,

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37495182@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-00051-MWF-JC Activision Publishing, Inc. v. EngineOwning UG, et al. Order on Motion to Continue Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/4/2024 at 2:17 PM PST and filed on 3/4/2024

| | |
|---|---|
| **Case Name:** | Activision Publishing, Inc. v. EngineOwning UG, et al. |
| **Case Number:** | 2:22-cv-00051-MWF-JC |
| **Filer:** | |
| **Document Number:** | 160 |

**Docket Text:**
**ORDER GRANTING 14-DAY CONTINUANCE OF ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT [159] by Judge Michael W. Fitzgerald. The Court hereby GRANTS the ex parte application and ORDERS as follows: 1. The hearing on the Order to Show Cause ("OSC") regarding Default Judgment, currently set for March 11, 2024, at 11:30 a.m., hereby is reset for March 25, 2024, at 11:30 a.m. 2. If a Motion for Default Judgment is filed prior to this hearing, the OSC hearing will be discharged and no appearances will be necessary. (rolm)**

**2:22-cv-00051-MWF-JC Notice has been electronically mailed to:**
Marc Ellis Mayer     marc-mayer-5880@ecf.pacerpro.com, jda@msk.com, szm@msk.com, mem@msk.com
Leon Frisch     sp1234am89@gmail.com
James David Berkley     kls@msk.com, jdb@msk.com
Mark Crawford Humphrey     mxh@msk.com, szm@msk.com
Genevieve Leah Javidzad     glj@msk.com, ldm@msk.com
Marc-Alexander Richts     marc@wertfrei.org
Benjamin Nichols Simler     litdocket_east@ballardspahr.com, simlerb@ballardspahr.com
Theresa B. Bowman     tbb@msk.com
**2:22-cv-00051-MWF-JC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Leon Schlender
c o P.K. Schulz

Am Krahenberg 24
Berlin 13505
GERMANY
Markus Kompa
Markus Kompa Legal Services
Geisselstrase 11
50823 Cologne
GERMANY